# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:18CR00765-001 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES S. GWIN |
| | ) | |
| vs. | ) | SUMMONS TO APPEAR |
| | ) | |
| WILLIAM E. CALLAM, | ) | |
| | ) | |
| Defendant. | ) | |

TAKE NOTICE that the above-named defendant is to appear on April 5, 2019, at 8:30 a.m., before the Honorable James S. Gwin, United States District Judge, 801 W. Superior Ave., Courtroom 18A, Cleveland, Ohio, to answer to a bond violation report.

SANDY OPACICH
Clerk of Court

By: *s/ Melanie Dresch*
Melanie Dresch
Deputy Clerk
(216) 357-7217

ANY REQUESTS FOR CONTINUANCE OF THE ABOVE SCHEDULED HEARING MUST BE MADE BY WRITTEN MOTION PRIOR TO THE ABOVE SCHEDULED DATE.