# MINUTES OF CRIMINAL PROCEEDINGS
# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

UNITED STATES OF AMERICA

vs.

WILLIAM E. CALLAM

Date: 5/22/19
Case No. 5:18CR00765-001
Judge: James S. Gwin
Court Reporter: H. Geizer
Pts/Prob Officer: K. Wessel
Interpreter:
Date of Arrest:

U.S. Attorney: Megan R. Miller

Attorney for Defendant(s): Matthew O. Williams

CJA Apt:
Fed. Defender:
Retained: X

## ARRAIGNMENT:
Defendant arraigned, plea of _____ GUILTY _____ NOT GUILTY _____ NOLO CONTENDERE entered as to count(s) _____
_____ of the _____ Indictment _____ Information.

## CHANGE OF PLEA:
Defendant Plea of NOT GUILTY withdrawn, plea of _____ GUILTY _____ NOLO CONTENDERE entered as to count(s) _____
_____ of the _____ Indictment _____ Information.

_ _ Plea agreement executed.
_ _ The Court adopts the R&R of the Magistrate Judge and finds there is a factual basis for the acceptance of the guilty plea.
_ _ Bond $_____ _ _ set _ _ continued _ _ detention _ _ remanded to the custody of U.S. Marshal.
_ _ Motion of government for detention pending trial. Detention Hearing set for:_____.
_ _ Defendant referred to the Probation Office for Pre-sentence Investigation.
_ _ Jury Trial scheduled for:_____
_ _ Pretrial Conference scheduled for:_____
_ _ Sentencing scheduled for:_____

## SENTENCE:
Defendant committed to the custody of the Bureau of Prisons for a period of 78 months on count(s) 1-5
of the _ _ Indictment _ X _ Information to run _ X _ concurrent _ _ consecutively.

Period of 3 years of supervised release with standard/special conditions as ordered (see reverse side of form).

Fined the sum of $_____ X Fine Waived
Restitution in the amount of $ 192,575.00 / $381,571.47 Payable to: C.B / D.Q and B.Q. . . Not Ordered.

I.S.S., Probation ordered for a period of _____ months _____ years on count(s)_____
_ _ Indictment _ _ Information with standard/special conditions as ordered (see reverse side of form).

The defendant is to pay a special assessment of $ 100 on counts 1-5 . Total $ 500 .

Upon motion of U.S. Attorney, counts(s)_____ of the Indictment/Information are hereby dismissed.

The execution of the sentence of imprisonment is deferred and the bond continued until _____, at which time the defendant
shall surrender to the United States Marshal for this district, or the designated institution.

_ X _ Bond is revoked and the defendant is remanded to the custody of the U.S. Marshal.

# STANDARD AND SPECIAL CONDITIONS OF SUPERVISED RELEASE/PROBATION

X    The defendant shall not commit another federal, state or local crime, shall not illegally possess a controlled substance, shall comply with the standard conditions that have been adopted by this court, and shall comply with any additional conditions.

X    The defendant shall refrain from unlawful use of a controlled substance and submit to one drug test within 15 days of the commencement of supervision and to at least two periodic drug tests thereafter, as determined by the pretrial services and probation officer.

X    The defendant shall participate in an approved program of outpatient, inpatient or detoxification substance abuse treatment, which will include drug and alcohol testing to determine if the defendant has reverted to substance abuse.

X    The defendant shall not possess a firearm, destructive device or any dangerous weapon.

X    The defendant shall provide the probation office access to any requested financial information.

X    The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer.

X    Financial Windfall Condition.

X    Gambling Condition.

___    The defendant shall enter an adult program and work toward a Certificate of General Educational Development (GED).

___    Special Employment. The defendant shall comply with the Offender Employment Policy which may include participation in training, counseling, and/or daily job search as directed by the pretrial services and probation officer.

___    The defendant shall participate in the Location Monitoring Program for a period of _____ months, to commence no later than 30 calendar days from sentencing.

X    Search and Seizure. The defendant shall submit his/her person, residence, place of business, computer, or vehicle to a warrantless search, conducted and controlled by the U.S. Probation Officer.

___    Sex Offender Registration and Notification Act (Adam Walsh Act)

___    Mental Health Treatment. The defendant shall participate in an outpatient mental health treatment program.

X    Cognitive Behavioral Program.

___    Community Service. The defendant shall perform _____ hours of community service as directed by the probation officer.

___    Gang. The defendant shall not associate with any members of a gang or threat group as directed by the probation officer.

___    Deportation. The defendant shall surrender to the Bureau of Immigration and Customs Enforcement, U.S. Department of Homeland Security for deportation, and shall not illegally re-enter or remain in the United States.

X    DNA Collection.

___    Denial of Federal Benefits.

___    Sex Offender.

___    Computer/Internet. Total Prohibition on Access to a Computer Internet.

___    Computer/Internet Restricted.

___    Computer/Internet Access Permitted. The defendant shall abide by all rules of the Computer Restriction and Monitoring Program.

___    Computer Search Only.

___    Computer Employment Restriction.

___    Recommendation to the Bureau of Prisons: _____ .

___    The defendant is granted credit for time already served in relation to this matter.

X    The defendant advised of his/her appeal rights.

**COMMENTS:** Gambling Addiction Treatment and Gambling Restriction are also conditions of supervision.

Total Time: 22 min.

s/ Melanie Dresch

Courtroom Deputy Clerk